# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXANDRA HOFFMAN,** individually,
and **YOUR SACRED SPACE, LLC,**
Appellants,

v.

**STEWART AGENCY, INC.** d/b/a **EARL STEWART TOYOTA OF NORTH PALM BEACH,**
Appellee.

No. 4D18-2017

[May 16, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502015CA001267XXXXMB.

Michael D. Brown of Brown & Associates, P.A., North Palm Beach, for appellants.

Hinda Klein and Samuel B. Spinner of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***